STATE OF NORTH CAROLINA v. FRANKIE RUSSELL AND JAMES LEALON TATUM

No. 7418SC906

(Filed 5 February 1975)

Criminal Law § 161— appeal as exception to judgment
    An appeal constitutes an exception to the judgment and presents the case for review for error appearing on the face of the record.

ON *certiorari* to review judgments of *Crissman, Judge,* entered at the 3 September 1973 Criminal Session of Superior Court held in GUILFORD County. (Certiorari allowed 16 August 1974.)

By separate indictments, proper in form, defendants were charged with armed robbery on 24 April 1973. They pled not guilty, a jury found them guilty as charged, and from judgments imposing prison sentences of not less than 15 nor more than 20 years, to run concurrently with certain sentences imposed in Rowan County, they gave notice of appeal.

*Attorney General Rufus L. Edmisten, by Assistant Attorney General H. A. Cole, Jr., for the State.*

*Z. H. Howerton, Jr., for defendant appellants.*

BRITT, Judge.

Although defendants have assigned no error, the appeal of each defendant constitutes an exception to the judgment imposed on him and presents the case for review for error appearing on the face of the record. *State v. Elliott,* 269 N.C. 683, 153 S.E. 2d 330 (1967). We have reviewed the record proper and find

it to be free from prejudicial error. The verdicts and judgments will not be disturbed.

No error.

Chief Judge BROCK and Judge CLARK concur.